UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES RICHARD SELVAR, *et al.*,

    Plaintiffs,

v.

WESTERN TOWBOAT COMPANY, *et al.*,

    Defendants.

Case No. C12-349RSL

ORDER DENYING DEFENDANTS' CONSOLIDATED MOTIONS FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

This matter comes before the Court on "Defendants' Consolidated Motions for Summary Judgment (Alaska Railbelt Marine) and Partial Motion for Summary Judgment (Western Towboat Company)" (Dkt. # 17). Defendants ask the Court to grant them summary judgment as to (1) Plaintiffs' Jones Act negligence, unseaworthiness, and maintenance and cure claims against Defendant Alaska, (2) Plaintiffs' unseaworthiness claim against Defendant Western, and (3) Plaintiffs' loss of filial consortium claims against each. Reply (Dkt. # 25). The Court DENIES the motion.

After Defendants filed their motion, the Court granted Plaintiffs' request to amend their complaint to delete each of the offending claims. Dkt. # 24. And they have since dropped each claim. Dkt. # 26. Accordingly, the motion is moot.

DATED this 23rd day of May, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANTS' CONSOLIDATED MOTIONS
FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT - 1